Stephen M. Fishback (State Bar No. 191646)
Daniel L. Keller (State Bar No. 191738)
Douglas V. Dukelow (State Bar. No. 225644)
**KELLER, FISHBACK & JACKSON LLP**
18425 Burbank Blvd., Suite 610
Tarzana, California 91356
Telephone:  818.342.7442
Facsimile:  818.342.7616

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES HRUSKA, Individually and as Successor-In-Interest to DENNIS HRUSKA; DONALD HRUSKA; DOUGLAS HRUSKA;<br><br>       Plaintiffs,<br><br>   vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>       Defendants. | Case No.  3:10-cv-2214 SI<br><br>**[PROPOSED] ORDER DISMISSING GENERAL ELECTRIC COMPANY WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT**<br><br>Judge: Hon. Susan Illston<br>Courtroom: 10 |

1    WHEREAS, Plaintiffs and General Electric Company do and hereby stipulate that General

2  Electric Company should be dismissed from this action with prejudice pursuant to FRCP 41(a)(2);

3  the parties will bear their own costs;  Plaintiffs and joining removing party, General Electric

4  Company, consent to and request the immediate remand of this action to Superior Court of

5  California, City and County of San Francisco under these terms.

6    Accordingly, Plaintiffs and General Electric Company petition this Court for an order

7  dismissing Foster Wheeler, LLC with prejudice with the parties bearing their own costs, and

8  remanding this case to Superior Court of California, City and County of San Francisco pursuant to

9  this stipulation.

10    IT IS SO ORDERED:

11  Dated: _____    _____

12                                Judge of the United States District Court