1  Stephen M. Fishback (State Bar No. 191646)
   Daniel L. Keller (State Bar No. 191738)
2  Douglas V. Dukelow (State Bar. No. 225644)
   **KELLER, FISHBACK & JACKSON LLP**
3  18425 Burbank Blvd., Suite 610
   Tarzana, California 91356
4  Telephone:  818.342.7442
   Facsimile:   818.342.7616
5
6  Attorneys for Plaintiffs
7
8                    UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
11
12  FRANCES HRUSKA, Individually and as          Case No.  3:10-cv-2214 SI
    Successor-In-Interest to DENNIS HRUSKA;
13  DONALD HRUSKA; DOUGLAS HRUSKA;              **[PROPOSED] ORDER REMANDING CASE
                                                 TO CALIFORNIA SUPERIOR COURT**
14
                Plaintiffs,                      Judge: Hon. Susan Illston
15                                               Courtroom: 10
        vs.
16
17  A.W. CHESTERTON COMPANY, et al.,
18
19              Defendants.
20
21
22
23
24

---

**[PROPOSED] ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT**                    PAGE 1

1     WHEREAS, removing parties, Foster Wheeler LLC and General Electric Company,
2 consented to and requested the immediate remand of this action to Superior Court of California, City
3 and County of San Francisco.
4     WHEREAS, no other parties joined in the removal of this action to the United States District
5 Court, and no parties opposed remanding this action to Superior Court of California, City and
6 County of San Francisco.
7     Accordingly, Plaintiffs petition this Court for an order remanding this action in its entirety to
8 Superior Court of California, City and County of San Francisco.
9
10     IT IS SO ORDERED:
11 Dated: _____      _____
12                         Judge of the United States District Court

*(signed: Susan Illston)*